UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE L. LINARES,

                Plaintiff,

-against-

ANTHONY ANNUCCI, as Acting Commissioner for the Department of Corrections and Community Supervision; TINA M. STANFORD, as Chairwoman of the New York State Board of Parole; WALTER W. SMITH; ELLEN E. ALEXANDER; MARC COPPOLA; TANA AGOSTINI; CHARLES DAVIS; ERIK BERLINER; OTIS CRUSE; TYCEE DRAKE; CARYNE DEMOSTHENES; CARLTON MITCHELL; MICHAEL CORLEY; CHAN WOO LEE; SHEILA SAMUELS; and ELSIE SEGARRA, as Commissioners of the New York State Board of Parole,

                Defendants.

19-CV-11113 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 8, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 19-CV-11120 (CS). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 8, 2020
            New York, New York

                                                  COLLEEN McMAHON
                                                  Chief United States District Judge